INTEX RECREATION CORP.,
Plaintiff–Cross Appellant,

v.

METALAST, S.A. SOCIEDAD
UNIPERSONAL, Defendant–
Appellant.

No. 06–1166, 06–1167.

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2006.

MAYER, BRYSON, and DYK, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Earlene HARPER, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7167.

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2006.

SCHALL, LINN, and DYK, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.